

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00369-CR

**THE STATE OF TEXAS,**

                                                                **Appellant**

 **v.**

**SAUL LEE SUAREZ,**

                                                                **Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 17-05032-CRF-361

---

## ABATEMENT ORDER

---

The State has filed a motion to abate this appeal so that the trial court can make and enter findings of fact and conclusions of law regarding the granting of Saul Lee Suarez's motion to suppress before the State prepares and files its brief.

On November 13, 2022, the State filed in the trial court a request for findings of fact and conclusions of law concerning the trial court's November 9, 2022 order granting Suarez's motion to suppress. When the losing party on a motion to suppress requests findings of fact and conclusions of law, the trial court is required to make them. *State v.*

*Cullen*, 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006).  When required findings have not been made, we must abate the appeal so that they can be made.  *Blocker v. State*, 231 S.W.3d 595, 598 (Tex. App.—Waco 2007, order) (per curiam).

The State's motion to abate is granted.  The trial court shall, within 28 days of the date of this Order, make and enter findings of fact and conclusions of law regarding the granting of Suarez's motion to suppress.

A supplemental clerk's record containing the trial court's findings of fact and conclusions of law shall be filed with the Clerk of this Court within 35 days of the date of this Order, upon which this appeal shall be reinstated.

The State's brief is then due 20 days after the supplemental clerk's record is filed.

PER CURIAM

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Order delivered and filed January 11, 2023
RWR



State v. Suarez                                                                                                                          Page 2